IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| DANIEL REEVES, <br> on behalf of Dana Reeves, <br><br> Plaintiff, <br><br> v. <br><br> THE HONORABLE ROB SHRIVER, OPM Director, and THE HONORABLE CHARLOTTE A. BURROWS, EEOC Chair, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CV 124-168 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 19th day of December, 2024, at Augusta, Georgia.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA